IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIE JAMES JACKSON,           )
                                )
            Plaintiff,          )
                                )
    v.                          )    CIVIL ACTION NO. 3:12-CV-372-TMH
                                )              [WO]
                                )
DAVID WARREN, et al.,           )
                                )
            Defendants.         )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Willie James Jackson ["Jackson"], an indigent inmate, initiated this civil action challenging the food portions served at the Macon County Jail. On April 24, 2012, this court entered orders, copies of which the Clerk mailed to Jackson. The postal service returned these orders because Jackson no longer resided at the address he had provided for service. In light of the foregoing, the court entered an order requiring that on or before May 17, 2012 Jackson inform the court of his present address. *Order of May 7, 2012 - Court Doc. No. 11*. This order specifically cautioned Jackson that his failure to comply with its directives would result in a recommendation that this case be dismissed. *Id*. Jackson has filed nothing in response to the aforementioned order and this case cannot properly proceed in his absence. It is likewise clear Jackson is no longer interested in the prosecution of this case. The court therefore concludes this case is due to be dismissed.

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case

be dismissed without prejudice for failure of the plaintiff to properly prosecute this action.

It is further

ORDERED that **on or before June 29, 2012**, the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc*., 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 15th day of June, 2012.


                     /s/Charles S. Coody
                     CHARLES S. COODY
                     UNITED STATES MAGISTRATE JUDGE